1  Daniel J. Herling (State Bar No. 103711)
   (herling@khlaw.com)
2  Michelle Gillette (State Bar No. 178734)
   (gillette@khlaw.com)
3  Howard I. Miller (State Bar No. 251878)
   (miller@khlaw.com)
4  KELLER AND HECKMAN LLP
   One Embarcadero Center, Suite 2110
5  San Francisco, CA  94111
   Telephone: 415-948-2800
6  Facsimile:  415-948-2808

7
   William Lewis Stern (State Bar No. 96105)
8  (wstern@mofo.com)
   MORRISON & FOERSTER LLP
9  425 Market St.
   San Francisco, CA 94105
10 Telephone:  415-268-7000

11 Attorneys for Defendant
   Attune Foods, Inc.
12

*GRANTED — Judge Maria-Elena James*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BRATTAIN, as an individual, and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>ATTUNE FOODS, INC.,<br><br>   Defendant. | Case No. 3:12-cv-01252-MEJ<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed March 13, 2012<br>No Trial Date Assigned |

### STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

In accordance with this Court's Local Rule 6-1(a), the following stipulation is hereby entered into between plaintiff Russell Brattain and defendant Attune Foods, Inc. by their respective counsel of record.

**STIPULATION**

1. Plaintiff served his complaint on Attune Foods, Inc. on March 21, 2012.

2. Plaintiff and Attune Foods, Inc. hereby agree that the time for Attune Foods, Inc. to respond to plaintiff's complaint is extended by 30 days, from April 11, 2012 to May 11, 2012.

3. This extension of time will not alter the date for any hearing or deadline set by the court.

**IT IS SO STIPULATED.**

Dated: April 5, 2012                KELLER AND HECKMAN LLP

                                    By: /s/ *Daniel J. Herling*
                                        Daniel J. Herling
                                        Michelle Gillette
                                        Howard I. Miller
                                    Attorneys for Defendant Attune Foods, Inc.


Dated: April 5, 2012                LAW OFFICE OF HOWARD W. RUBINSTEIN, P.A.

                                    By: /s/ *Benjamin M. Lopatin*
                                        Benjamin M. Lopatin (SBN 281730)
                                        One Embarcadero Center, Suite 500
                                        San Francisco, CA  94111
                                        Telephone:   888-560-4480, ext. 2
                                        Facsimile:   415-692-6607
                                    Attorneys for Plaintiff Russell Brattain


**ATTESTATION UNDER GENERAL ORDER 45**

I, Daniel J. Herling, attest that the concurrence in the filing of this document has been obtained from Benjamin M. Lopatin which shall serve in lieu of his signatures.

                                    By: /s/ *Daniel J. Herling*
                                        Daniel J. Herling

4837-9666-4079, v. 1